UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HERMOGENES PENA BONDOC, | ) | 1:08-CV-00029 LJO SMS HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION FOR RECONSIDERATION |
| v. | ) | |
| | ) | [Doc. #15] |
| NEIL ADLER, Warden, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 23, 2008, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be dismissed and judgment be entered. On February 29, 2008, the undersigned adopted the Findings and Recommendation in full, dismissed the case, and directed that judgment be entered.  The Clerk of Court entered judgment on the same date.

On May 19, 2008, Petitioner filed the instant motion for reconsideration pursuant to Federal Rules of Civil Procedure § 60(b).

Pursuant to Rule 60(b) of the Federal Rules of Civil Procedure,

> the court may relieve a party or a party's legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which by due diligence could not

1  have been discovered in time to move for a new trial under Rule 59(b); (3) fraud (whether heretofore denominated intrinsic or extrinsic), misrepresentation, or other misconduct of an adverse party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged, or a prior judgment upon which it is based has been reversed or otherwise vacated, or it is no longer equitable that the judgment should have prospective application; or (6) any other reason justifying relief from the operation of the judgment.

Petitioner fails to meet this standard. He does not set forth any arguments or evidence that have not already been considered by this Court, and his arguments present no basis for relief. The fact remains that Petitioner is a federal prisoner seeking to challenge his conviction. For this reason and for those reasons set forth in previous orders, he is not entitled to relief under 28 U.S.C. § 2241. Jurisdiction lies with the sentencing court pursuant to 28 U.S.C. § 2255.

Accordingly, Petitioner's Motion for Reconsideration is DENIED.

IT IS SO ORDERED.

**Dated:   May 22, 2008**           /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE